**Opinion issued January 13, 2026**



In The

# Court of Appeals

For The

# First District of Texas

————————————

### NO. 01-26-00015-CV

————————————

### IN RE WINTER CALVERT, Relator

---

### Original Proceeding on Petition for Writ of Mandamus

---

### MEMORANDUM OPINION

Relator Winter Calvert has filed a petition for writ of mandamus seeking an order directing the trial court to rule on a pending motion.[1]

We deny mandamus relief. *See* TEX. R. APP. P. 52.8(a). Any pending motions are dismissed as moot.

### PER CURIAM

Panel consists of Chief Justice Adams and Justices Gunn and Johnson.

---

[1] The underlying case is *John Thomas Christiana v. Targeted Justice, Inc. et al.,* cause number 115738-CV, pending in the 412th District Court of Brazoria County, Texas, the Honorable Justin R. Gilbert presiding.